In re SHELDON. (Supreme Court, Appellate Division, First Department. January 21, 1898.) In the matter of George R. Sheldon. No opinion. Motion to dismiss appeal dismissed. See 49 N. Y. Supp. 377.

SMITH v. WILLIAMS. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by John E. Smith against John T. Williams. No opinion. Motion to dismiss appeal granted, with $10 costs.

STAHL, Appellant, v. ROOF, Respondent. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by Elmer Stahl against Clarence M. Roof. No opinion. Judgment affirmed, with costs.

STEERS et al., Respondents, v. STANDARD STRUCTURAL CO., Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Henry D. Steers and others against the Standard Structural Company. T. S. Corey, for appellant. C. T. Tery, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STEIKER v. PLATH. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Abbie Steiker against Ernst Plath. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 585.

In re STEWART et al. (Supreme Court, Appellate Division, Second Department. December 2, 1897.) In the matter of the judicial settlement of the account of proceedings of John A. Stewart, William Allen Butler, and Colgate Hoyt, as trustees of John B. Trover, under the last will and testament of John B. Trover, deceased. No opinion. Ex parte application for appointment of special guardian or guardian ad litem denied.